■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAM HILL, Appellant. [697 NYS2d 627] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Erlbaum, J.), rendered April 13, 1998, convicting him of burglary in the third degree, petit larceny, criminal possession of stolen property in the fifth degree, and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The court properly denied the defendant's motion for a mistrial. The court's adverse inference charge was an appropriate remedy for the People's failure to timely comply with the defendant's discovery demand (*see,* CPL 240.20 [1] [c]; 240.70 [1]; *People v Cunningham,* 189 AD2d 821, 822; *People v Vargulik,* 130 AD2d 530, 531).

The defendant's remaining contention is without merit. Thompson, J. P., Friedmann, Schmidt and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE C. HODGES, Appellant. [696 NYS2d 698] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 19, 1999 (*People v Hodges,* 257 AD2d 630), affirming a judgment of the County Court, Suffolk County, rendered October 17, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Santucci, J. P., Altman, Friedmann and McGinity, JJ., concur.